Form B9A (Chapter 7 Individual or Joint Debtor No Asset Case) — Case Number **09−40934**

# UNITED STATES BANKRUPTCY COURT
District of South Dakota

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 12/2/09 .

You may be a creditor of the debtor(s). **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or online using CM/ECF (contact the clerk's office for more information regarding CM/ECF). NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

| **Debtor(s):**<br>Jaime Agustin Pantoja<br>fdba L.A. Body Shop<br>5117 East 16th Street<br>Sioux Falls, SD 57110 | Maria Isabel Pantoja<br>fka  Maria Isabel Rascon<br>5117 East 16th Street<br>Sioux Falls, SD 57110 |
|---|---|
| **Case Number:**<br>09−40934 | **Social Security/Taxpayer ID Numbers:**<br>xxx−xx−5694<br>xxx−xx−6027 |
| **Attorney for Debtor(s):**<br>Randall B. Blake<br>505 W. 9th St.<br>Sioux Falls, SD 57104<br>Telephone number:  605−336−8980 | **Bankruptcy Trustee:**<br>Lee Ann Pierce<br>Trustee<br>PO Box 524<br>Brookings, SD 57006<br>Telephone number:  605−692−9415 |

### Meeting of Creditors:

Date: **January 8, 2010**    Time: **02:00 PM**    Location: **Suite 300, 314 S. Main Ave., Sioux Falls, SD 57104**

### Presumption of Abuse under 11 U.S.C. § 707(b)

*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**To File a Complaint Objecting to Discharge of Debtor(s) *or* to Determine Dischargeability of Certain Debts: 3/9/10**

**To Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor(s) and the property of the debtor(s).  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor(s) can request the court to extend or impose a stay.  If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.  Consult an attorney to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Foreign Creditors

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>400 S. Phillips Ave., Room 104<br>Sioux Falls, SD 57104−6851<br>Telephone number:  605−357−2400<br>www.sdb.uscourts.gov | **For the Court:**<br>Frederick M. Entwistle<br>Clerk of the Bankruptcy Court |
|---|---|
| Hours Open:      Monday – Friday 8:00 AM – 5:00 PM | Date:  12/2/09 |

### SEE OTHER SIDE FOR IMPORTANT EXPLANATIONS.

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362.  Common examples of prohibited actions include contacting the debtor(s) by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor(s); repossessing property of the debtor(s); starting or continuing lawsuits or foreclosures; and garnishing or deducting from wages of the debtor(s).  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor(s) can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code.  The debtor(s) may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side.  *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.*  Creditors are welcome to attend, but are not required to do so.  The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors.  *You therefore should not file a proof of claim at this time.*  If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for doing so.  If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor(s) is (are) seeking a discharge of most debts, which may include your debt.  A discharge means that you may never try to collect the debt from the debtor(s).  If you believe the debtor(s) is (are) not entitled to receive a discharge under Bankruptcy Code § 727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of Debtor(s) *or* to Determine Dischargeability of Certain Debts" listed on the front side.  The bankruptcy clerk's office must receive the complaint and the required filing fee by that deadline. |
| Exempt Property | The debtor(s) is (are) permitted by law to keep certain property as exempt.  Exempt property will not be sold and distributed to creditors.  The debtor(s) must file a list of all property claimed as exempt.  You may inspect that list at the bankruptcy clerk's office.  If you believe an exemption claimed by the debtor(s) is not authorized by law, you may file an objection to that exemption.  The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side.  You may inspect all papers filed, including the list of the debtor's(s') property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office.  You may also review them online, using CM/ECF (contact the clerk's office for more information regarding CM/ECF). |
| Foreign Creditors | Consult an attorney familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice.  You may want to consult an attorney to protect your rights. |
| **Debtor Identification** | **Important notice to individual debtors:  All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors.  Failure to do so may result in the dismissal of your case.** |

–– Refer to Other Side for Important Deadlines and Notices ––

# CERTIFICATE OF NOTICE

```
District/off: 0869-4           User: ckram                 Page 1 of 2                  Date Rcvd: Dec 02, 2009
Case: 09-40934                 Form ID: b9a                Total Noticed: 57
```

The following entities were noticed by first class mail on Dec 04, 2009.
```
db/db       +Jaime Agustin Pantoja,   Maria Isabel Pantoja,   5117 East 16th Street,
             Sioux Falls, SD 57110-3129
aty         +Randall B. Blake,   505 W. 9th St.,   Sioux Falls, SD 57104-3668
tr          +Lee Ann Pierce,   Trustee,   PO Box 524,   Brookings, SD 57006-0524
ust          Bruce J. Gering,   314 South Main Avenue, Suite 303,   Sioux Falls, SD  57104-6462
966569      +American Family Insurance,   P.O. Box 9462,   Minneapolis, MN 55440-9462
966570      +Arrow Financial,   600 Broadhollow Road,   Melville, NY 11747-5016
966572      +Avera Pipestone County Medical Center,   916 4th Ave. SW,   Pipestone, MN 56164-1890
966573      +Breit Law Office,   606 East Tan Tara Circle,   Sioux Falls, SD 57108-4686
966576      +CBCS,   115 Peachtree St.,   Atlanta, GA 30303-3403
966577       CCB,   P.O. Box 905080,   Sioux Falls, SD  57109
966575      +Carmel Financial,   101 East Carmel Dr.,   Carmel, IN 46032-2919
966578      +Chexcel,   P.O. Box 8195,   Rapid City, SD 57709-8195
966579      +Consumer Adjustment Co.,   12855 Tesson Ferry Rd, Suite 200,   St. Louis, MO 63128-2911
966580      +Credico, Inc.,   3550 E. Rosser Ave.,   Bismarck, ND 58501-3376
966581      +Dakota Title Loan,   2001 S. Minnesota Ave,   Sioux Falls, SD 57105-2814
966583      +ER Solutions,   800 SW 39th St.,   Renton, WA 98057-4975
966582      +Equifax Credit Information Services, Inc,   P.O. Box 740256,   Atlanta, GA 30374-0256
966584      +Experian/Information Solutions,   Attn: Dispute Department,   P.O. Box 2002,
             Allen, TX 75013-2002
966585      +Family Dental Center,   2001 W. 45th St.,   Sioux Falls, SD 57105-6265
966586      +H & R Block,   3308 S. Minnesota Ave,   Sioux Falls, SD 57105-6440
966587      +Hauge Associates,   P.O. Box 88610,   Sioux Falls, SD 57109-8610
966588      +Home Federal Savings Bank,   P.O. Box 5000,   Sioux Falls, SD 57117-5000
966590      +Integrity Financial,   4370 W 109th St,   Overland Park, KS 66211-1361
966591      +Johnson Rodenburg & Lauinger,   P.O. Box 4127,   Bismarck, ND 58502-4127
966594       LVNV Funding LLC,   Resurgent Capital Services, LP,   150 S. Main St., Suite 500,
             Greenville, SC  29601
966592      +Leading Edge Recovery Solutions,   5440 N. Cumberland Ave., # 300,   Chicago, IL 60656-1486
966593      +Lease Finance Group,   233 N. Michigan Ave.,   Chicago, IL 60601-5519
966595      +MidAmerican Energy,   P.O. Box 4350,   Davenport, IA 52808-4350
966596      +Midcontinent,   P.O. Box 5010,   Sioux Falls, SD 57117-5010
966597      +Mr. & Mrs. Jason Burkhart,   5113 E. 16th St.,   Sioux Falls, SD 57110-3129
966598      +NCO Financial Systems,   P.O. Box 15630,   Wilmington, DE 19850-5630
966599      +Portfolio Recoveries,   140 Corporate Blvd., # 100,   Norfolk, VA 23502-4952
966600      +Progressive Insurance,   P.O. Box 6807,   Cleveland, OH 44101-1807
966601      +Publishers Clearing House,   P.O. Box 4002936,   Des Moines, IA 50340-2936
966614     ++++SUMMIT PLUMBING,   PO BOX 2615,   SIOUX FALLS SD  57101-2615
            (address filed with court: Summit Plumbing,     P.O. Box 1523,    Sioux Falls, SD  57101-1523)
966604       Sanford Health,   P.O. Box 5074,   Sioux Falls, SD  57117-5074
966606      +Sara Sagla,   712 N. Teal Place,   Sioux Falls, SD 57107-1262
966607      +Sarah Grimmus-Sagla,   712 N. Teal Place,   Sioux Falls, SD 57107-1262
966608      +Sears,   P.O. Box 6936,   The Lakes, NV 88901-6936
966609      +Serv A Check Of Nebraska,   P.O. Box 922,   Norfolk, NE 68702-0922
966610      +Seventh Avenue,   1112 Seventh Ave.,   Monroe, WI 53566-1364
966611      +Siouxland Oral & Maxillofacial,   6401 S. Minnesota Ave.,   Sioux Falls, SD 57108-2504
966612      +South Dakota Dept. Of Revenue,   300 S. Sycamore, Suite 102,   Sioux Falls, SD 57110-1323
966615       Surety Finance,   25331 1h 10 West,   San Antonio, TX  78257
966616      +Trans Union Corp.,   Attn: Dispute Department,   P.O. Box 1000,   Chester, PA 19016-1000
966617      +Van Ru Credit Corp.,   10024 Skokie Blvd, Suite 2,   Skokie, IL 60077-9944
```
The following entities were noticed by electronic transmission on Dec 02, 2009.
```
966568      +EDI: AFNIRECOVERY.COM Dec 02 2009 17:23:00      AFNI,   P.O. Box 3427,
             Bloomington, IL 61702-3427
966571      +EDI: ACCE.COM Dec 02 2009 17:23:00      Asset Acceptance,   P.O. Box 2036,   Warren, MI 48090-2036
966574      +EDI: CAPITALONE.COM Dec 02 2009 17:23:00      Capital One,   C-O TSYS Debt Management,
             P.O. Box 5155,   Norcross, GA 30091-5155
966589      +EDI: HFC.COM Dec 02 2009 17:18:00      HSBC,   P.O. Box 15521,   Willmington, DE 19850-5521
966602      +E-mail/Text: bklaw@qwest.com                            Qwest,   P.O. Box 737,
             Des Moines, IA 50303-0737
966603      +EDI: PHINRJMA.COM Dec 02 2009 17:23:00      RJM Acquisitions,,   P.O. Box 18006,
             Hauppauge, NY 11788-8806
966605      +E-mail/PDF: SLEBN@sanfordhealth.org Dec 02 2009 22:36:13      Sanford Laboratories,
             P.O. Box 5056,   Sioux Falls, SD 57117-5056
966608      +EDI: SEARS.COM Dec 02 2009 17:23:00      Sears,   P.O. Box 6936,   The Lakes, NV 88901-6936
966613      +EDI: NEXTEL.COM Dec 02 2009 17:23:00      Sprint,   P.O. Box 219554,   Kansas City, MO 64121-9554
966618      +EDI: AFNIVZWIRE.COM Dec 02 2009 17:24:00      Verizon Wireless,   Bankruptcy Dept.,
             P.O. Box 3397,   Bloomington, IL 61702-3397
966619      +EDI: CHASE.COM Dec 02 2009 17:23:00      Washington Mutual,   Chase Credit Card Services,
             P.O. Box 94014,   Palatine, IL 60094-4014
966620      +EDI: WFFC.COM Dec 02 2009 17:23:00      Wells Fargo,   P.O. Box 5943,   Sioux Falls, SD 57117-5943
                                                                                               TOTAL: 12
```
```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
District/off: 0869-4          User: ckram            Page 2 of 2              Date Rcvd: Dec 02, 2009
Case: 09-40934                Form ID: b9a           Total Noticed: 57

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 04, 2009**                    **Signature:**            *Joseph Speetjens*